**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LINDA ELIZABETH RICCHIO,

Petitioner,

v.

L. PARKER ET AL.,

Respondents.

Case No. 5:25-cv-02127-MCS-SSC

**JUDGMENT**

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge, it is adjudged that Grounds One and Two of the Petition are dismissed without prejudice, and Ground Three of the Petition is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 11, 2026

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1